IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EUGENE CHEW, JR.**                                                                    **PLAINTIFF**

v.                    **CASE NO. 3:10CV00199 BSM (Lead Case)**

**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**


**DAVID MARK DUNCAN and**                                              **PLAINTIFFS**
**NANCY DUNCAN**

v.                    **CASE NO. 3:10CV00214 BSM (Member Case)**


**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**


**DANIEL CHASE HOSKINS and**                                          **PLAINTIFFS**
**WHITNEY DALE HOSKINS**

v.                    **CASE NO. 3:11CV00124 BSM (Member Case)**

**AMERICAN GREETINGS CORPORATION**                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

Dated this 5th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE